# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11 CV 223

| | | |
|---|---|---|
| ROY CLYDE BUNDY, | ) | |
| Plaintiff | ) ) ) | |
| V | ) ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on Clifford C. Marshall, Jr.'s Application for Admission to Practice *Pro Hac Vice* of James B. Matthews, III. It appearing that James B. Matthews, III is a member in good standing with the Georgia Bar and will be appearing with Clifford C. Marshall, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Clifford C. Marshall, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#3) of James B. Matthews, III is **GRANTED**, and that James B. Matthews, III is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Clifford C. Marshall, Jr.

Signed: September 8, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge