# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:11 CV 223

| | | |
|---|---|---|
| ROY CLYDE BUNDY, | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on Clifford C. Marshall, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Jeanne Anne Steffin. It appearing that Jeanne Anne Steffin is a member in good standing with the California Bar and will be appearing with Clifford C. Marshall, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Clifford C. Marshall, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#5) of Jeanne Anne Steffin is **GRANTED**, and that Jeanne Anne Steffin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Clifford C. Marshall, Jr.

Signed: September 12, 2011

Dennis L. Howell
United States Magistrate Judge